IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JAJA ZAMBROWSKI DAVIS, ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:04cv967-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (Doc. No. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 16) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 8th day of February, 2007.**

  /s/ Myron H. Thompson  <br>
UNITED STATES DISTRICT JUDGE